WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 SEP 25 09:13 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL ANDERSON,**                                     CV # 05-379-JO

  Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security**,

  Defendant.

_____

Attorney fees in the amount of $5,700.00 are hereby awarded to Plaintiff's counsel, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to David Lowry, Attorney at Law, 9900 SW Greenburg Road, Suite 235, Portland, OR 97223.

DATED this _22_ day of ___Sept___, 2006.

_____
United States District Judge

Submitted on September 15, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1